UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE MASON
TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND,
ANNUITY FUND, AND TRAINING
PROGRAM FUND, *et al.*,
                        Petitioners,

-v-

US TECH CONSTRUCTION CORP.,
                        Respondent.

22-CV-4173 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On May 20, 2022, Petitioners filed a petition to confirm an arbitration award. (Dkt. No. 1.) Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that respondent must filed a response to the petition to confirm within 30 days after being served, or the petition will be treated as unopposed.

    SO ORDERED.

Dated: May 25, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge