**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND AND
TRAINING PROGRAM FUND et al.,

                Petitioners,                      22 **CIVIL** 4173 (JPO)

    -against-                              **JUDGMENT**

U.S. TECH CONSTRUCTION CORP.,
                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 13, 2022, Petitioners' petition to confirm the Arbitration Award is GRANTED.   Judgment is entered in favor of Petitioners in the amount of $31,250.03; accordingly, the case is closed.

**Dated**: New York, New York
        October 17, 2022

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                      **BY:**        _K. Mango_____
                                                    **Deputy Clerk**